UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AUSTIN SANCTUARY NETWORK, FREE
MIGRATION PROJECT, GRASSROOTS
LEADERSHIP, and CENTER FOR CONSTITUTIONAL
RIGHTS,

          Plaintiffs,

-v-

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, U.S. DEPARTMENT OF
TREASURY, and U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

          Defendants.

-----------------------------------------------------------------X

20-cv-1686 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court has before it the joint request of the parties to adjourn the conference scheduled for March 12, 2020. (Dkt. No. 10.) In that letter, Plaintiffs also request that the Court order a production and briefing schedule; Defendants oppose that request.

    It is hereby ORDERED that the request to adjourn the conference scheduled for March 17, 2020 at 3:00 p.m. is DENIED. The parties shall be prepared to discuss the request for production and a briefing schedule.

SO ORDERED.

Dated: March 13, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge