```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
AUSTIN SANCTUARY NETWORK, FREE         :
MIGRATION PROJECT, GRASSROOTS          :
LEADERSHIP, and CENTER FOR CONSTITUTIONAL :
RIGHTS,                                :           20-cv-1686 (LJL)
                                       :
          Plaintiffs,                  :           ORDER
                                       :
     -v-                               :
                                       :
U.S. IMMIGRATION AND CUSTOMS           :
ENFORCEMENT, U.S. DEPARTMENT OF        :
TREASURY, and U.S. DEPARTMENT OF JUSTICE :
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, :
                                       :
          Defendants.                  :
                                       :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On March 10, 2020, the parties submitted a joint letter in which Defendants requested an adjournment of the initial pretrial conference from March 17, 2020 and Plaintiffs proposed a production and summary judgment briefing schedule. *See* Dkt. No. 10. The Court denied the adjournment and indicated it would discuss the Plaintiffs' request at the conference. Dkt. No. 11.

Having now heard from the parties, it is hereby ORDERED that Defendants will make a first production of documents in response to the Freedom of Information Act request by April 27, 2020. IT IS FURTHER ORDERED that a status conference is scheduled for April 29, 2020 at 4:00 p.m. to discuss the schedule for further monthly productions from Defendants and for summary judgment briefing.

SO ORDERED.

Dated: March 17, 2020                          _____
       New York, New York                              LEWIS J. LIMAN
                                               United States District Judge