USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AUSTIN SANCTUARY NETWORK, FREE :
MIGRATION PROJECT, GRASSROOTS :
LEADERSHIP, and CENTER FOR CONSTITUTIONAL :
RIGHTS, : 20-cv-1686 (LJL)
:
               Plaintiffs, : ORDER
:
    -v- :
:
U.S. IMMIGRATION AND CUSTOMS :
ENFORCEMENT, U.S. DEPARTMENT OF :
TREASURY, and U.S. DEPARTMENT OF JUSTICE :
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, :
:
               Defendants. :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On April 9, 2020, Plaintiffs submitted a letter motion to expedite the deadline for initial production, which the Court granted on April 13, 2020. *See* Dkt. Nos. 18, 19. Defendants submitted an opposition letter later that day, and Plaintiffs submitted a reply on April 14, 2020. *See* Dkt. Nos. 20, 21, 22.

      It is hereby ORDERED that a status conference is scheduled for April 14, 2020 at 5:30 p.m. to discuss the parties' submissions and the Court's April 13 Order. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

      SO ORDERED.

Dated: April 14, 2020
       New York, New York                       _____
                                                                   LEWIS J. LIMAN
                                                                   United States District Judge