```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
AUSTIN SANCTUARY NETWORK, FREE :
MIGRATION PROJECT, GRASSROOTS :
LEADERSHIP, and CENTER FOR CONSTITUTIONAL :
RIGHTS, :  20-cv-1686 (LJL)
:
           Plaintiffs, :  ORDER
:
   -v- :
:
U.S. IMMIGRATION AND CUSTOMS :
ENFORCEMENT, U.S. DEPARTMENT OF :
TREASURY, and U.S. DEPARTMENT OF JUSTICE :
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, :
:
           Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On March 17, 2020, the Court ordered that Defendants make their first production of documents in response to Plaintiffs' Freedom of Information Act by April 27, 2020. Dkt. No. 16. On April 29, 2020, the parties submitted a joint letter in which each party set forth its position on a schedule for further monthly productions. Dkt. No. 29. The Court held a status conference that day.

      It is hereby ORDERED that the Defendants will review and process 1,200 pages of documents and produce responsive documents by the 29th of each month or, if the 29th falls on a weekend, the next business day. Defendant ICE shall submit a letter to the Court by May 29, 2020 that indicates the number of pages in the 400 documents referenced in the parties' joint letter.

      SO ORDERED.

Dated: April 14, 2020
      New York, New York
                                                                              LEWIS J. LIMAN
                                                                              United States District Judge