UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/1/2021
```

-----------------------------------------------------------------------X
                                     :

AUSTIN SANCTUARY NETWORK, et al.,      :

                             :

                Plaintiffs,     :

                             :          20-cv-1686 (LJL)

        -v-                   :

                             :            <u>ORDER</u>

U.S. IMMIGRATION AND CUSTOMS      :
ENFORCEMENT, et al.,             :

                             :

                Defendants.   :

                             X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

        In its May 1, 2020 Order, the Court ordered Defendants to review and process 1,200

pages of documents and produce responsive documents by the 29th of each month or, if the 29th

falls on a weekend, the next business day.  Dkt. No. 26.  Defendant U.S. Immigration and

Customs Enforcement ("ICE") provided a status update to the Court on May 29, 2020 that

indicated that there were 11,361 pages of documents left to be processed.  Dkt. No. 31.

        It is hereby ORDERED Defendant ICE shall provide a status update to the Court by

March 5, 2021 that indicates the number of pages left to be processed.


        SO ORDERED.


Dated: February 1, 2021             _____
      New York, New York                LEWIS J. LIMAN
                                  United States District Judge