# EXHIBIT B:

## White Papers and White Paper Correspondence

# EXHIBIT

# B.1.

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **Sent:** | 31 Mar 2017 13:42:36 +0000 |
| **To:** | Davidson, Michael J (b)(6); (b)(7)(C) |
| **Cc:** | (b)(6); (b)(7)(C) |
| **Subject:** | FW: Civil Fines Meeting Minutes and Action Items |

Mike & (b)(6); (b)(7)(C)

Below is the string of emails that was generated after our meeting on Wednesday about the civil fines and penalties.  I was surprised to see that (b)(6); (b)(7)(C) asked for a meeting with you.  He was not present during Wednesday's meeting, and the group has a plan to move forward on the issues.  We are discussing internally whether we should (b)(5)

(b)(5)

(b)(5)    Everyone involved agrees with our legal analysis, (b)(5)

(b)(5)

Bottom Line:  I think a separate meeting with (b)(6); (b)(7)( this point is unnecessary.

Please let me know if you'd like any further information.

(b)(6); (b)(7)(C)

*Deputy Chief*
*Commercial & Administrative Law Division (CALD)*
*Office of the Principal Legal Advisor*
*U.S. Immigration and Customs Enforcement*
*U.S. Department of Homeland Security*
*166 Sycamore Street,* (b)(6);
*Williston, VT 05495*
*T:* (b)(6); (b)(7)(C)
*Fc*
(b)(6); (b)(7)(C)

*\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\**
*This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information.  It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).*

---

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, March 30, 2017 11:20 AM

**To:** Seguin, Debbie; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)
**Cc:** (b)(6); (b)(7)(C)   (b)(6); (b)(7)(C)
**Subject:** RE: Civil Fines Meeting Minutes and Action Items

To make sure we are all on the same page, we are discussing the two provisions fining aliens who fail to depart that we discussed yesterday: **INA 240B(d)** – failure to depart after order of voluntary departure and **INA 274D** – failure to depart after final order of removal?

(b)(6);
(b)(7)(C) and I agree with (b)(6); (b)(7)(C) that even the (b)(5)
(b)(5)

(b)(6); (b)(7)(C)
Associate Legal Advisor
ICE/OPLA/EROLD
(o) (b)(6); (b)(7)(C)
(c)

\*\*\* ATTORNEY/CLIENT PRIVILEGE \*\*\* ATTORNEY WORK PRODUCT \*\*\*
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information.  It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.  Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** Seguin, Debbie
**Sent:** Thursday, March 30, 2017 11:10 AM
(b)(6); (b)(7)(C)

**Cc:** (b)(6); (b)(7)(C)
**Subject:** RE: Civil Fines Meeting Minutes and Action Items

Hi all,
Please make sure that (b)(6); (b)(7)( is included.  Thanks.

Debbie

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, March 30, 2017 11:09 AM
(b)(6); (b)(7)(C)

**Cc:** Seguin, Debbie
**Subject:** RE: Civil Fines Meeting Minutes and Action Items

Hi (b)(6);

(b)(5)

(b)(5)

I, too, look forward to others' thoughts on this issue.

Thanks,

(b)(6); (b)(7)(C)

*Deputy Chief*
*Commercial & Administrative Law Division (CALD)*
*Office of the Principal Legal Advisor*
*U.S. Immigration and Customs Enforcement*
*U.S. Department of Homeland Security*
*166 Sycamore Street,* (b)(6); (b)(7)(C)
*Williston, VT 05495*
*T:* (b)(6); (b)(7)(C)
*Fax* (b)(6); (b)(7)(C)

*\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\**
*This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).*

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, March 30, 2017 10:31 AM
(b)(6); (b)(7)(C)
**Cc:** Seguin, Debbie
**Subject:** RE: Civil Fines Meeting Minutes and Action Items

Good Morning (b)(6); (b)(7)(C)

Thank you for continuing to raise important questions and issues regarding the EO-mandated refresh of civil fines and penalties assessment.

Per your request, (b)(5)
(b)(5)

During the meeting yesterday, as well as in your White Paper and the email below, (b)(5)
(b)(5)

(b)(5) – and I think all of us fully understand the merits of your recommendation.

That said, there remains one question which I believe would be worthwhile to address: (b)(5)
(b)(5)

My current thinking is that from a legal standpoint, you are certainly correct. But from a policy standpoint and an EO implementation standpoint, (b)(5)
(b)(5)
That said, I am eager to hear the opinions of others on this matter.

Again, thank you for your very hard work on this.

VR,

(b)(6); (b)(7)(C)

U.S. Immigration and Customs Enforcement
Office of Policy
Section Chief/Regulatory Coordinator
(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Thursday, March 30, 2017 9:23 AM
(b)(6); (b)(7)(C)

**Cc:** Seguin, Debbie
**Subject:** RE: Civil Fines Meeting Minutes and Action Items

Good morning,

Thanks for the productive discussion yesterday. I didn't have time to raise this important point yesterday, and would like everyone to be aware of it so they can have it in mind as the group decides upon the future course of action.

(b)(5)

(b)(5)

(b)(5)

(b)(5)

Thanks,

(b)(6); (b)(7)(C)

*Deputy Chief*
*Commercial & Administrative Law Division (CALD)*
*Office of the Principal Legal Advisor*
*U.S. Immigration and Customs Enforcement*
*U.S. Department of Homeland Security*
*166 Sycamore Street,* (b)(6);
*Williston, VT 05495*
*T:* (b)(6); (b)(7)(C)
*Fa:*
(b)(6); (b)(7)(C)

***\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\****
*This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE*

# EXHIBIT

# B.2.

Page 850

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 851

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 852

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 853

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

# EXHIBIT B.3.

Page 4467

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4468

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4469

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4470

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4471

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4472

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4473

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4474

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 4475

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

# EXHIBIT

# B.4.

Page 1444

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

# EXHIBIT

# B.5.

Page 1805

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 1806

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 1807

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

# EXHIBIT B.6.

Page 444

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 445

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 446

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 447

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 448

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 449

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 450

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 451

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 452

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

Page 453

Withheld pursuant to exemption

(b)(5)

of the Freedom of Information and Privacy Act

# EXHIBIT
# B.7.

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **Sent:** | 10 Jun 2019 20:54:12 +0000 |
| **To:** | (b)(6); (b)(7)(C) |
| **Cc:** | |
| **Subject:** | Information for OMB about ICE Authority to Assess and Collect Civil Fines |
| **Attachments:** | ICE Authority to Assess and Collect Fines.docx, DHS Delegation 7030.2.pdf |

Good afternoon,

As we discussed earlier this afternoon, here is a table tracing ICE's authority to assess and collect civil fines for failure to voluntarily depart under INA § 240B, document fraud under INA § 274C, and failure to comply with a final order of removal under INA § 274D. For each type of fine, the table shows: the relevant statutory section, the basis for DHS's authority to assess the fine, the delegation of DHS's authority to ICE, and the deposit account.

You also asked about providing a copy of the white paper on the collection of penalties and fines to OMB. After discussion, (b)(5)

(b)(5)

If I can do anything to assist further, please let me know.

Respectfully,

(b)(6); (b)(7)(C)
Associate Legal Advisor
Commercial & Administrative Law Division (CALD)
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
166 Sycamore Street, (b)(6);
Williston, VT 05495
T: (b)(6); (b)(7)(C)
Fax (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
*This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).*