

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 16, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Austin Sanctuary Network et al. v. U.S. Immigration and Customs Enforcement et al.*, 20 Civ. 1686 (LJL)

Dear Judge Liman:

      This Office represents defendant United States Immigration and Customs Enforcement ("ICE") in the above-referenced Freedom of Information Act ("FOIA") case. I write to provide the Court with an update on ICE's productions to Plaintiffs.

      As summarized in the prior status letters, ICE processed the documents of the first two custodians, and made its first production on June 16, 2023, in accordance with the terms ordered by the Court on October 18, 2022, ECF No. 88, and the protocol laid out in the parties' April 19, 2023 status report, ECF No. 101. *See* ECF No. 103. ICE processed the documents of the next two custodians and made its second production on July 17, 2023. *See* ECF No. 104. On August 16, 2023, ICE made its third production to Plaintiffs. *See* ECF No. 105. On September 19, 2023, ICE made its fourth production to Plaintiffs. *See* ECF No. 106. On October 13, 2023, Plaintiff made its fifth production to Plaintiffs. *See* ECF No. 107. ICE made its sixth production to Plaintiffs on November 16, 2023. *See* ECF No. 108. On December 13, 2023, ICE made its seventh production to Plaintiffs which consisted of records from the sixth custodian as well as the first set of ten attachments requested by Plaintiffs (on October 27, 2023) pursuant to the parties' April 19, 2023 search protocol. *See* ECF No. 109. ICE made its eighth production to Plaintiffs on January 8, 2024. *See* ECF No. 110. On February 6, 2024, ICE made its ninth production to Plaintiffs. *See* ECF No. 111. On March 15, 2024, ICE made its tenth production to Plaintiffs, which consists of emails of the final custodian contained in the parties' April 19, 2023 search protocol, as well as the second set of ten attachments requested by Plaintiffs. *See* ECF No. 112. On April 15, 2024, ICE made its eleventh production to Plaintiffs, which consists of emails of the final custodian. *See* ECF No. 113. On May 14, 2024, ICE made its twelfth production to Plaintiffs, which consists of emails of the final custodian. *See* ECF No. 114. On June 12, 2024, ICE made its thirteenth production to Plaintiffs, which also consists of emails of the final custodian. *See* ECF No. 115. On July 12, 2024, ICE made its fourteenth production to Plaintiffs, which like the prior few productions, consists of emails of the final custodian. *See* ECF No. 116. On August 13, 2024, ICE made its fifteenth production to Plaintiffs, which also consists of emails of the final custodian. *See* ECF No. 117. On September 11, 2024, ICE made

its sixteenth production to Plaintiffs, which consists of the third set of ten attachments requested by Plaintiffs.

ICE has now completed processing all records pursuant to the parties' April 19, 2023 production protocol, *see* ECF No. 101, and Plaintiffs are reviewing the records produced by ICE on August 13, 2024, to determine whether there are any additional attachments that they would like to request be processed.

The parties intend to meet-and-confer in the next few weeks to discuss any outstanding issues and next steps in the litigation.

Pursuant to the Court's October 18, 2022 order, the parties will submit their next status update to the Court in four weeks, by October 16, 2024. At that time, the parties anticipate that they will be in a position to propose next steps in this litigation.

We thank the Court for its consideration of this submission.

                        Respectfully,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   */s/ Tara Schwartz*
       TARA SCHWARTZ
       MARY ELLEN BRENNAN
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, New York 10007
       Office: (212) 637-2633/2652
       Email: tara.schwartz@usdoj.gov
                maryellen.brennan@usdoj.gov

*Counsel for ICE*