**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| AUSTIN SANCTUARY NETWORK, FREE MIGRATION PROJECT, GRASSROOTS LEADERSHIP; and CENTER FOR CONSTITUTIONAL RIGHTS, | ) ) ) ) ) ) | No. 20 Civ. 1686 (LJL) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF TREASURY; and UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL

WHEREAS, by electronic submissions dated September 11, 2019, plaintiffs Austin

Sanctuary Network, Free Migration Project, Grassroots Leadership, and Center for

Constitutional Rights (together, "Plaintiffs") made requests (the "Requests") pursuant to the

Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to defendants United States Immigration

and Customs Enforcement ("ICE"); United States Department Of Treasury; and United States

Department of Justice Executive Office for Immigration Review (together, "Defendants"); and

WHEREAS, the Requests "sought records related to or containing policies, procedures,

guidelines, and instructions regarding fines or penalties imposed on individuals including

immigrants taking 'sanctuary' in places of worship or elsewhere," Compl. ¶ 47, and Plaintiffs

also sought expedited processing; and

WHEREAS, although certain Defendants provided certain responses to the Requests, the agencies did not provide complete determinations prior to the filing of this suit; and

WHEREAS, Plaintiffs filed this action on February 26, 2020; and

WHEREAS, on March 17, 2020, April 12, 2020, and May 1, 2020, the Court issued orders relating to the processing and production of records;

WHEREAS, Defendants searched for and processed certain potentially responsive records, and made productions to Plaintiffs after this action was filed; and

WHEREAS, on September 19, 2022, the Court issued an opinion resolving the parties' cross-motions for summary judgment, and ICE thereafter engaged in additional searches and productions;

WHEREAS, on October 18, 2022, the Court issued an order resolving certain disputes between the parties;

WHEREAS, on April 25, 2025, following additional productions, the parties informed the Court that they had resolved all outstanding issues in the litigation other than attorneys' fees and costs; and

WHEREAS, the only outstanding issue in this case is Plaintiffs' claim for attorneys' fees and costs, and the parties wish to resolve that claim and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1.      Within a reasonable time after the Court has endorsed and docketed this Stipulation and Order, ICE shall pay to Plaintiffs the sum of two hundred nineteen thousand, nine hundred ninety-nine dollars ($219,999) for attorneys' fees and litigation costs. This payment

shall constitute full and final satisfaction of any claims by Plaintiffs for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfer, and counsel for Plaintiffs will provide the necessary information to counsel for the Defendant to effectuate the transfer.

2.     Plaintiffs release and discharge Defendants and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiffs asserted, or could have asserted, in this litigation arising out of Plaintiffs' Request.

3.     This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4.     Nothing in this Stipulation and Order shall constitute an admission that the Defendants are liable for any attorneys' fees or litigation costs, or is entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiffs' view, be compensable as attorneys' fees and litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiffs' claims for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiffs under FOIA.

4

     5.      This Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6.      This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date:  January 12, 2026

___/s/ Alina Das*____
Alina Das
Immigrant Rights Clinic
Washington Square Legal Services, Inc.
New York University School of Law
245 Sullivan Street, 5th Fl.
New York, NY 10012
212-998-6430
alina.das@nyu.edu

*/s/ consented to by email 1/9/2026

Katherine Marie Gallagher
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
212-614-6455
kgallagher@ccrjustice.org

Andrew Case
Supervising Counsel
LatinoJustice PRLDEF
475 Riverside Drive
New York, NY 10115
212-739-7506
acase@latinojustice.org

*Attorneys for Plaintiffs*

Date:   New York, New York
         January 9, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

 */s/ Peter Aronoff*_____
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2697
Fax: (212) 637-2717
Email: peter.aronoff@usdoj.gov
*Attorney for Defendants*

SO ORDERED:

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE